# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-0747
_____

NEW LIFE MEDICAL
INSTITUTION, TECHNOLOGY
INSURANCE COMPANY and
AMTRUST NORTH AMERICA OF
FLORIDA,

    Appellants,

    v.

ITSA RIVAS,

    Appellee.

_____

On appeal from an order of the Judge of Compensation Claims.
Edward R. Almeyda, Judge.

Date of Accident:  June 21, 2016.

November 28, 2018


PER CURIAM.

    AFFIRMED.

WOLF, MAKAR, and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Rayford H. Taylor of Hall Booth Smith, P.C., Atlanta, and Andrew R. Borah of Hurley, Rogner, Miller, Cox, Waranch & Westcott, Deerfield Beach, for Appellants.

Mark A. Touby and Richard A. Sicking of Touby, Chait & Sicking, P.L., Coral Gables, for Appellee.